**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| In the matter of: **EL PASO'S BRIGHT BEGINNINGS, LLC** Debtor(s) | Case No. **18-30710-cgb** Chapter 7 Judge **Christopher G. Bradley** |

### AMENDED NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1) represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Aurora Legarreta c/o Alex C. Turnello Scherr Legate PLLC 109 N. Oregon, 12th Floor El Paso, TX 79901 | 1 | $24,439.98 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $0.00 |
| Total Unclaimed Dividends Over $25.00 | | $24,439.98 |

Dated: 03/05/2024

/s/ *Ronald E. Ingalls*
RONALD E. INGALLS
PO BOX 2867
Fredericksburg, TX 78624
Telephone : (830) 321-0878
Facsimile : (830) 321-0913

cc: U.S. Trustee