**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 18-30710-HCM |
| | § | |
| EL PASO'S BRIGHT BEGINNINGS, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald E. Ingalls, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,375.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $29,863.52 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $23,930.73 | | |

3) Total gross receipts of $53,794.25  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $53,794.25 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $2,042.64 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $27,593.23 | $23,930.73 | $23,930.73 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $8,525.18 | $5,423.54 | $5,423.54 | $5,423.54 |
| General Unsecured Claims (from **Exhibit 7**) | $320,712.28 | $1,000,000.00 | $89,953.55 | $24,439.98 |
| **Total Disbursements** | $329,237.46 | $1,035,059.41 | $119,307.82 | $53,794.25 |

4). This case was originally filed under chapter 7 on 04/27/2018. The case was pending for 72 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/15/2024          By:   /s/ Ronald E. Ingalls
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Evolve CU account | 1129-000 | $2,695.29 |
| JP Morgan Account | 1129-000 | $10,545.84 |
| Dept of Agriculture payment | 1221-000 | $12,866.18 |
| tax refund 2017 f940 | 1224-000 | $21.60 |
| unsched tax refund | 1224-000 | $26.34 |
| Insurance premium refund | 1229-000 | $639.00 |
| possible transfer of business preferences | 1241-000 | $27,000.00 |
| **TOTAL GROSS RECEIPTS** | | $53,794.25 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | City of El Paso | 4800-000 | $0.00 | $2,042.64 | $0.00 | $0.00 |
| 4 | City of El Paso | 4800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $2,042.64 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Claim Amount, Trustee | 2100-000 | NA | $5,939.71 | $5,939.71 | $5,939.71 |
| Claim Amount, Trustee | 2200-000 | NA | $961.15 | $961.15 | $961.15 |
| International Sureties Ltd | 2300-000 | NA | $52.57 | $52.57 | $52.57 |
| Independent Bank | 2600-000 | NA | $944.29 | $944.29 | $944.29 |
| Integrity Bank | 2600-000 | NA | $34.87 | $34.87 | $34.87 |
| Pinnacle Bank | 2600-000 | NA | $462.14 | $462.14 | $462.14 |
| Barron & Newburger, P.C, Attorney for Trustee | 3210-000 | NA | $18,302.50 | $14,640.00 | $14,640.00 |
| Barron & Newburger, P.C, Attorney for Trustee | 3220-000 | NA | $413.10 | $413.10 | $413.10 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| John Mosley, Accountant for Trustee | 3310-000 | NA | $460.00 | $460.00 | $460.00 |
| John Mosley, Accountant for Trustee | 3320-000 | NA | $22.90 | $22.90 | $22.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $27,593.23 | $23,930.73 | $23,930.73 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Ana Melissa Dozal Castaneda | 5300-000 | $5,098.00 | $4,989.00 | $4,989.00 | $3,060.75 |
| | Internal Revenue Service Federal Withholding (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $1,546.59 |
| | Internal Revenue Service Medicare (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $72.34 |
| | Internal Revenue Service Social Security (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $309.32 |
| | City of El Paso | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $3,427.18 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service (FUTA) Federal Unemployment (Employer) | 5800-000 | $0.00 | $29.93 | $29.93 | $29.93 |
| | Internal Revenue Service Medicare (Employer) | 5800-000 | $0.00 | $72.34 | $72.34 | $72.34 |
| | Internal Revenue Service Social Security (Employer) | 5800-000 | $0.00 | $309.32 | $309.32 | $309.32 |
| | Texas Workforce Commission State Unemployment (Employer) | 5800-000 | $0.00 | $22.95 | $22.95 | $22.95 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $8,525.18 | $5,423.54 | $5,423.54 | $5,423.54 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Aurora Legarreta | 7100-000 | $1.00 | $1,000,000.00 | $89,953.55 | $24,439.98 |
| | 601 Resler, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | All Makes Auto Repair | 7100-000 | $4,680.00 | $0.00 | $0.00 | $0.00 |
| | Comptroller of Public Accounts | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | David Leffman | 7100-000 | $22,350.00 | $0.00 | $0.00 | $0.00 |
| | Eddie Escobar | 7100-000 | $2,350.00 | $0.00 | $0.00 | $0.00 |
| | El Paso County Tax Assessor/Collector | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Golden Corral | 7100-000 | $3,461.64 | $0.00 | $0.00 | $0.00 |
| | Laboe Labrado | 7100-000 | $59,151.12 | $0.00 | $0.00 | $0.00 |
| | Laura Diamond | 7100-000 | $2,765.00 | $0.00 | $0.00 | $0.00 |
| | Texas Workforce Commission | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | THree R's School LLC | 7100-000 | $216,503.52 | $0.00 | $0.00 | $0.00 |
| | United States Attorney | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | US Trustee - SA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | William Tippin & Co, PC | 7100-000 | $9,450.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $320,712.28 | $1,000,000.00 | $89,953.55 | $24,439.98 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1     Exhibit 8

| | |
|---|---|
| Case No.: | 18-30710-HCM |
| Case Name: | EL PASO'S BRIGHT BEGINNINGS, LLC |
| For the Period Ending: | 7/15/2024 |

| | |
|---|---|
| Trustee Name: | Ronald E. Ingalls |
| Date Filed (f) or Converted (c): | 04/27/2018 (f) |
| §341(a) Meeting Date: | 06/04/2018 |
| Claims Bar Date: | 09/11/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | JP Morgan Account | $5,430.27 | $10,545.84 | | $10,545.84 | FA |
| 2 | Evolve CU account | $3,429.50 | $2,695.29 | | $2,695.29 | FA |
| 3 | Accounts receivable | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Furniture | $850.00 | $850.00 | | $0.00 | FA |
| 5 | Office fixtures | $1,175.00 | $1,175.00 | | $0.00 | FA |
| 6 | Office equipment | $350.00 | $350.00 | | $0.00 | FA |
| 7 | Insurance premium refund **(u)** | $0.00 | $639.00 | | $639.00 | FA |
| 8 | Dept of Agriculture payment **(u)** | $0.00 | $12,866.18 | | $12,866.18 | FA |
| 9 | unsched tax refund **(u)** | $0.00 | $26.34 | | $26.34 | FA |
| 10 | possible transfer of business preferences **(u)** | $0.00 | $240,000.00 | | $27,000.00 | FA |
| **Asset Notes:** | Adv 20-3004 Mtn settle for $25,600.00 d 10/28/20; Odr final settle for $27,000 d 01/15/21 dkt 39 | | | | | |
| 11 | tax refund 2017 f940 **(u)** | $0.00 | $21.60 | | $21.60 | FA |
| 12 | Pierce the veil claims v principal, related entity | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | xfer to Scherr Legate PC per order #20; Adv No. 20-3004 | | | | | |

**TOTALS (Excluding unknown value)**

                                         **Gross Value of Remaining Assets**

| $11,234.77 | $269,169.25 | | $53,794.25 | $0.00 |
|---|---|---|---|---|

**Major Activities affecting case closing:**

| | |
|---|---|
| 04/12/2024 | TDR to REI for review |
| 01/17/2024 | tc/ R. Ramos re: stale check; possible settlement on payment issue |
| 09/20/2023 | TFR Filed at Court |
| 08/15/2023 | TFR to UST |
| 08/14/2023 | TFR to REI for review |
| 03/15/2023 | State court trial currently set to begin 6/13/23 |
| 03/21/2022 | 3/21/22 - State Court Litigation is still in discovery phase; no trial date in the near future |
| 05/11/2021 | Odr pay Sather FA |
| 04/13/2021 | Amended Sather FA |
| 04/10/2021 | file 940, 941, TWC tax returns |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| | |
|---|---|
| **Case No.:** 18-30710-HCM | **Trustee Name:** Ronald E. Ingalls |
| **Case Name:** EL PASO'S BRIGHT BEGINNINGS, LLC | **Date Filed (f) or Converted (c):** 04/27/2018 (f) |
| **For the Period Ending:** 7/15/2024 | **§341(a) Meeting Date:** 06/04/2018 |
| | **Claims Bar Date:** 09/11/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 04/05/2021    HRG re: Sather FA set for 05/13/21 | | | | | |
| 04/01/2021    D obj to Sather FA | | | | | |
| 03/24/2021    Sather final FA | | | | | |
| 02/22/2021    Odr pay wage clm | | | | | |
| 01/28/2021    mtn to pay wage clm | | | | | |
| 01/28/2021    Odr Legarreta MLS - stay lifted for court suit to continue | | | | | |
| 01/15/2021    9019 settle odr | | | | | |
| 01/14/2021    Odr dismissing D Obj clm 1 for lack | | | | | |
| 01/13/2021    D obj clm 1 | | | | | |
| 12/25/2020    HRG MLS set for 01/14 | | | | | |
| 12/21/2020    MLS Legarreta re: pierce corp veil | | | | | |
| 12/10/2020    HRG on MTS set for 01/14/21 | | | | | |
| 11/23/2020    CoELP ntc w/d clm 4 | | | | | |
| 11/13/2020    City of El Paso amended clm | | | | | |
| 11/11/2020    creditor obj to settle mtn | | | | | |
| 10/28/2020    mtn settle adv 20-3004 | | | | | |
| 05/26/2020    Odr MTH Barron & Newburger | | | | | |
| 04/27/2020    Ntc w/d clm 2 & Adv 12-3004 filed | | | | | |
| 04/24/2020    App to Employ Barron Newburger & COELP amended clm 4 | | | | | |
| 05/28/2019    REI states there is one more preference to pursue | | | | | |
| 03/25/2019    TFR to REI for review | | | | | |
| 03/13/2019    COELP filed clm 4 to amend clm 2 | | | | | |
| 03/12/2019    Odr pay Mosley | | | | | |
| 02/15/2019    Mosley fee app | | | | | |
| 01/30/2019    Estate 1099 mailed to Labrado | | | | | |
| 01/02/2019    Odr hire Mosley | | | | | |
| 12/18/2018    Claim 2 amended | | | | | |
| 12/05/2018    MTH Mosley | | | | | |
| 10/08/2018    CLAIMS READY | | | | | |
| 06/22/2018    Mtn to Quash Subpoena | | | | | |

**Initial Projected Date Of Final Report (TFR):** 12/31/2018    **Current Projected Date Of Final Report (TFR):** 03/31/2024    /s/ RONALD E. INGALLS

RONALD E. INGALLS

Page No: 1

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-30710-HCM | | Trustee Name: | Ronald Ingalls |
|---|---|---|---|---|
| Case Name: | EL PASO'S BRIGHT BEGINNINGS, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3903 | | Checking Acct #: | ******0710 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/27/2018 | | Blanket bond (per case limit): | $197,925,000.00 |
| For Period Ending: | 7/15/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/06/2018 | (1) | El Paso's Bright Beginnings LLC | cc 9875732906 d 5/9/18 close account | 1129-000 | $7,551.37 | | $7,551.37 |
| 06/06/2018 | (1) | El Paso's Bright Beginnings, LLC | cc 9875732935 d 5/14/18 close account | 1129-000 | $2,994.47 | | $10,545.84 |
| 06/06/2018 | (2) | El Paso Bright Beginnings LLC | cc 204267 d 5/9/18 close account | 1129-000 | $2,695.29 | | $13,241.13 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.23 | $13,225.90 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $19.64 | $13,206.26 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $3.16 | $13,203.10 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($3.16) | $13,206.26 |
| 08/09/2018 | (8) | Texas Comptroller of Public Accounts | TW 138885547 d 7/19/18 Dept of Agriculture payment | 1221-000 | $12,866.18 | | $26,072.44 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $456.26 | $25,616.18 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($456.26) | $26,072.44 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $38.75 | $26,033.69 |
| 09/28/2018 | 1001 | International Sureties Ltd | Bond Payment | 2300-000 | | $9.16 | $26,024.53 |
| 12/07/2018 | (7) | Texas Mutual | ck 54872 d 12/3/18 premium refund | 1229-000 | $639.00 | | $26,663.53 |
| 02/19/2019 | (9) | U S Treasury | ck 52702040 d 2/5/19 tax refund | 1224-000 | $26.34 | | $26,689.87 |
| 03/13/2019 | 1002 | John Mosley | Fees & exp allowed per odr d 03/12/19 dkt 16 | * | | $482.90 | $26,206.97 |
| | | | John Mosley $(460.00) | 3310-000 | | | $26,206.97 |
| | | | John Mosley $(22.90) | 3320-000 | | | $26,206.97 |
| 10/07/2019 | 1003 | International Sureties Ltd | 2019 Bond Inv d 10/02/19 #016071777 | 2300-000 | | $8.19 | $26,198.78 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $38.20 | $26,160.58 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $38.14 | $26,122.44 |
| 10/03/2020 | 1004 | International Sureties Ltd | Bond Inv #016071777 | 2300-000 | | $9.15 | $26,113.29 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $38.08 | $26,075.21 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $38.02 | $26,037.19 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $37.97 | $25,999.22 |
| 01/27/2021 | (10) | Scherr & Legate PLLC | ck 6151 d 1/18/21 sale per order d 01/15/21 dkt #39 sale of causes of action, including Adv20-3004 | 1241-000 | $27,000.00 | | $52,999.22 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $40.72 | $52,958.50 |
| 02/23/2021 | (11) | U S Treasury | ck 56334909 d 2/16/21 refund on 12/17 f940 | 1224-000 | $21.60 | | $52,980.10 |

| | | | **SUBTOTALS** | | $53,794.25 | $814.15 | |

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 18-30710-HCM | |
| **Case Name:** | EL PASO'S BRIGHT BEGINNINGS, LLC | |
| **Primary Taxpayer ID #:** | **-***3903 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 4/27/2018 | |
| **For Period Ending:** | 7/15/2024 | |

| | |
|---|---|
| **Trustee Name:** | Ronald Ingalls |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0710 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $197,925,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/23/2021 | | Internal Revenue Service | Account Number: ; Amount Allowed: 1,928.25; Claim #: ; | 5300-000 | | $1,928.25 | $51,051.85 |
| 02/23/2021 | | Internal Revenue Service | Account Number: ; Amount Allowed: 381.66; Claim #: ; | 5800-000 | | $381.66 | $50,670.19 |
| 02/23/2021 | | Internal Revenue Service (FUTA) | Account Number: ; Amount Allowed: 29.93; Claim #: ; | 5800-000 | | $29.93 | $50,640.26 |
| 02/23/2021 | 1005 | Texas Workforce Commission | TWC payroll taxes Castaneda - Docket #47 2/22/2021 - Number: ; Amount Allowed: 22.95; Claim #: ; | 5800-000 | | $22.95 | $50,617.31 |
| 02/23/2021 | 1006 | Ana Melissa Dozal Castaneda | Stop pmt 04/23/21 - Account Number: xxx-xx-3182; Amount Allowed: 4,989.00; Claim #: 3; | 5300-000 | | $3,060.75 | $47,556.56 |
| 02/24/2021 | | Internal Revenue Service (FUTA) | Reversing bank debit entry so a check can be written | 5800-000 | | ($29.93) | $47,586.49 |
| 02/24/2021 | | Internal Revenue Service | Reversing bank debit entry so a check can be written | 5800-000 | | ($381.66) | $47,968.15 |
| 02/24/2021 | | Internal Revenue Service | Reversing bank debit entry so a check can be written | 5300-000 | | ($1,928.25) | $49,896.40 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $77.23 | $49,819.17 |
| 03/05/2021 | 1007 | Internal Revenue Service | IRS 941 payroll taxes Castaneda | * | | $2,309.91 | $47,509.26 |
| | | | employee potion          $(1,928.25) | 5300-000 | | | $47,509.26 |
| | | | employer portion          $(381.66) | 5800-000 | | | $47,509.26 |
| 03/05/2021 | 1008 | Internal Revenue Service | IRS 940 payroll taxes Castaneda | 5800-000 | | $29.93 | $47,479.33 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $77.14 | $47,402.19 |
| 04/23/2021 | 1006 | STOP PAYMENT: Ana Melissa Dozal Castaneda | STOP PMT ck 1006 - Account Number: xxx-xx-3182; Amount Allowed: 4,989.00; Claim #: 3; | 5300-004 | | ($3,060.75) | $50,462.94 |
| 04/23/2021 | 1009 | Ana Melissa Dozal Castaneda | reissue ck 1006 from wage clm #3 - Account Number: xxx-xx-3182; Amount Allowed: 4,989.00; Claim #: 3; | 5300-000 | | $3,060.75 | $47,402.19 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $75.37 | $47,326.82 |
| 05/19/2021 | 1010 | Barron & Newburger, P.C. - TA | attorney fees, expenses per order #58 | * | | $15,053.10 | $32,273.72 |
| | | | Barron & Newburger, P.C          $(14,640.00) | 3210-000 | | | $32,273.72 |
| | | | Barron & Newburger, P.C          $(413.10) | 3220-000 | | | $32,273.72 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $70.84 | $32,202.88 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $47.11 | $32,155.77 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $46.89 | $32,108.88 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $46.82 | $32,062.06 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $46.75 | $32,015.31 |
| | | | **SUBTOTALS** | | $0.00 | $20,964.79 | |

Page No: 3

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 18-30710-HCM | | | Trustee Name: | | Ronald Ingalls |
| Case Name: | EL PASO'S BRIGHT BEGINNINGS, LLC | | | Bank Name: | | Independent Bank |
| Primary Taxpayer ID #: | **-***3903 | | | Checking Acct #: | | ******0710 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | |
| For Period Beginning: | 4/27/2018 | | | Blanket bond (per case limit): | | $197,925,000.00 |
| For Period Ending: | 7/15/2024 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/01/2021 | 1011 | International Sureties Ltd | Inv 09/28/21 Bond #016071777 10/01/21 to 10/01/22 | 2300-000 | | $13.62 | $32,001.69 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $46.67 | $31,955.02 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $46.60 | $31,908.42 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $46.53 | $31,861.89 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $46.46 | $31,815.43 |
| 02/22/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $31,815.43 | $0.00 |

|  |  | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| **TOTALS:** | | $53,794.25 | $53,794.25 | $0.00 |
| **Less: Bank transfers/CDs** | | $0.00 | $31,815.43 | |
| **Subtotal** | | $53,794.25 | $21,978.82 | |
| **Less: Payments to debtors** | | $0.00 | $0.00 | |
| **Net** | | $53,794.25 | $21,978.82 | |

| For the period of 4/27/2018 to 7/15/2024 | | For the entire history of the account between 06/06/2018 to 7/15/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $53,794.25 | Total Compensable Receipts: | $53,794.25 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $53,794.25 | Total Comp/Non Comp Receipts: | $53,794.25 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $21,978.82 | Total Compensable Disbursements: | $21,978.82 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $21,978.82 | Total Comp/Non Comp Disbursements: | $21,978.82 |
| Total Internal/Transfer Disbursements: | $31,815.43 | Total Internal/Transfer Disbursements: | $31,815.43 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4  Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 18-30710-HCM | **Trustee Name:** Ronald Ingalls |
| **Case Name:** | EL PASO'S BRIGHT BEGINNINGS, LLC | **Bank Name:** Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***3903 | **Checking Acct #:** ******0001 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** DDA |
| **For Period Beginning:** | 4/27/2018 | **Blanket bond (per case limit):** $197,925,000.00 |
| **For Period Ending:** | 7/15/2024 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $31,815.43 | | $31,815.43 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $47.29 | $31,768.14 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $45.69 | $31,722.45 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $47.15 | $31,675.30 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $45.56 | $31,629.74 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $47.01 | $31,582.73 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $46.94 | $31,535.79 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $45.36 | $31,490.43 |
| 10/07/2022 | 5001 | International Sureties Ltd | bond #016071777 | 2300-000 | | $12.45 | $31,477.98 |
| 10/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $45.28 | $31,432.70 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $45.21 | $31,387.49 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $46.65 | $31,340.84 |
| 10/19/2023 | 5002 | Ronald E. Ingalls | Trustee Compensation Trustee Expenses | * | | $6,900.86 | $24,439.98 |
| | | | Claim Amount $(5,939.71) | 2100-000 | | | $24,439.98 |
| | | | Claim Amount $(961.15) | 2200-000 | | | $24,439.98 |
| 10/19/2023 | 5003 | Aurora Legarreta | Account Number: Damages Cause 2016-DCV-0016; Amount Allowed: 89,953.55; Claim #: 1; | 7100-000 | | $24,439.98 | $0.00 |
| 01/17/2024 | 5003 | STOP PAYMENT: Aurora Legarreta | STOP PMT 5003 - Account Number: Damages Cause 2016-DCV-0016; Amount Allowed: 89,953.55; Claim #: 1; | 7100-004 | | ($24,439.98) | $24,439.98 |
| 03/04/2024 | 5004 | US Bankruptcy Clerk - El Paso | unclaimed funds; Claim #1, Aurura Legarreta | 7100-000 | | $24,439.98 | $0.00 |
| | | | **SUBTOTALS** | | $31,815.43 | $31,815.43 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-30710-HCM | | Trustee Name: | Ronald Ingalls |
|---|---|---|---|---|
| Case Name: | EL PASO'S BRIGHT BEGINNINGS, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3903 | | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 4/27/2018 | | Blanket bond (per case limit): | $197,925,000.00 |
| For Period Ending: | 7/15/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $31,815.43 | $31,815.43 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $31,815.43 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $31,815.43 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $31,815.43 | |

**For the period of 4/27/2018 to 7/15/2024**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $31,815.43 |
| | |
| Total Compensable Disbursements: | $31,815.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $31,815.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/22/2022 to 7/15/2024**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $31,815.43 |
| | |
| Total Compensable Disbursements: | $31,815.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $31,815.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-30710-HCM | | Trustee Name: | Ronald Ingalls |
|---|---|---|---|---|
| Case Name: | EL PASO'S BRIGHT BEGINNINGS, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3903 | | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 4/27/2018 | | Blanket bond (per case limit): | $197,925,000.00 |
| For Period Ending: | 7/15/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | | | | $53,794.25 | $53,794.25 | $0.00 |

**For the period of 4/27/2018 to 7/15/2024**

| | |
|---|---|
| Total Compensable Receipts: | $53,794.25 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $53,794.25 |
| Total Internal/Transfer Receipts: | $31,815.43 |
| | |
| Total Compensable Disbursements: | $53,794.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $53,794.25 |
| Total Internal/Transfer Disbursements: | $31,815.43 |

**For the entire history of the case between 04/27/2018 to 7/15/2024**

| | |
|---|---|
| Total Compensable Receipts: | $53,794.25 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $53,794.25 |
| Total Internal/Transfer Receipts: | $31,815.43 |
| | |
| Total Compensable Disbursements: | $53,794.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $53,794.25 |
| Total Internal/Transfer Disbursements: | $31,815.43 |

/s/ RONALD INGALLS

RONALD INGALLS